# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York  ▾

| | |
|---|---|
| RODRIGO CORONA, OMAR NERI, and FABIAN TENORIO, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RETRO PIZZA LLC, ALEXANDROS AVRAAMIDES, LEONIDAS AVRAAMIDES, and DAISY AVRAAMIDES<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:26-cv-04413-BMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RETRO PIZZA LLC, ALEXANDROS AVRAAMIDES, LEONIDAS AVRAAMIDES, and DAISY AVRAAMIDES

41-02A Broadway       31-15 Ditmars Blvd
Astoria, NY 11103     Astoria, NY 11105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  HARRISON, HARRISON & ASSOCIATES
David Harrison (DH 3413)
110 State Highway 35, 2nd Floor
Red Bank, NJ 07701
(718) 799-9111 Phone
dharrison@nynjemploymentlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  7/23/2026          *Shirley Mora*
                          *Signature of Clerk or Deputy Clerk*